UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE CARMEN E. GARZA**

CRIMINAL CLERK'S MINUTES at Las Cruces

CASE NUMBER: **CR 15-1515 RB**      DATE: **12/9/15**      TAPE NUMBER: **LCR SIERRA BLANCA**

CLERK**: B. WILSON**                      TYPE OF HEARING: **INITIAL/SHOW CAUSE/DETENTION**
**PRETRIAL RELEASE VIOLATION**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd | Ret'd. |
|---|---|---|---|
| **CRYSTAL MEDINA GOMEZ** | **CARLOS IBARRA** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

USA by **MARISA LIZARRAGA,** Asst. U. S. Attorney            Interpreter: **N/A**

Pretrial Officer present: **GUADALUPE GARCIA**            Court in Session: **1:46-1:50 P.M. (4 MIN)**

---

☐   Court advises defendant(s) of all constitutional rights

☐   ORAL Motion for detention Hearing by Government

☐   Court grants Government's   ☐   Defense  ☐      oral motion to continue detention hearing

☒   Conditions of Release CONTINUED

☒   Other:   DEFENDANT WAS SUMMONSED IN ON VIOLATION OF PRETRIAL RELEASE.

DEFENDANT ADMITTED VIOLATIONS.

PRETRIAL ADVISED DEFENDANT THAT THE COURT WOULD NO LONGER ACCEPT ANY FURTHER DRUG USE AND ANY FURTHER POSITIVE URINALYSIS WOULD RESULT IN A RECOMMENDATION FOR REVOCATION; SHE HAS DONE WELL OTHER THAN THE DRUG USE, SHE IS EMPLOYED AND IS DOING WHAT IS NECESSARY FOR HER SUCCESS; PRETRIAL HAS INCREASED HER TREATMENT AND SHE IS COMMUNICATING WITH HER COUNSELOR, SO THEY RECOMMEND CONTINUED SUPERVISION WITH INCREASED TREATMENT PROGRAM.

GOVERNMENT DOES NOT OBJECT TO CONTINUED RELEASE, BUT REQUESTS ZERO TOLERANCE.

COURT ORDERS THAT DEFENDANT CONTINUE ON SUPERVISION AND WILL NOT IMPOSE ZERO TOLERANCE, BUT IF SHE VIOLATES AGAIN, SHE WILL BE GOING TO JAIL.