# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **15-1515 RB** | USA vs.: | **JACQUEZ ET AL** |
| Date: | **3/29/2017** | Name of Deft: | **CRYSTAL MEDINA GOMEZ** |
| Before the Honorable: | | **ROBERT C. BRACK, UNITED STATES DISTRICT JUDGE** | |
| Time In/Out: | **9:47 AM – 10:11 AM** | Total Time in Court (for JS10): | **24 minutes** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: | **VANESSA ALYCE** |
| AUSA: | **RICHARD WILLIAMS** | Defendant's Counsel: | **CARLOS IBARRA** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **EMILY RODRIGUEZ and MELISSA CORELLA** | Sworn? | Yes / No |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Convicted on: | **X** | Plea | | Verdict | As to: | | Information | **X** Indictment |
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | **COUNT 1** | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **8/03/2016** | | | | PSR: | **X** Not Disputed | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** Not Needed | | Needed |

| Exceptions to PSR: | *Paragraph 65 of PSR (Denial of Federal Benefits at Discretion of the Court) Under Advisement of the Court.* **Court varies at the request of the defense** |
|---|---|

| **SENTENCE IMPOSED** | | Imprisonment (BOP): | **30 MONTHS** |
|---|---|---|---|
| Supervised Release: | **3 YEARS** | Probation: | |
| **X** 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | OTHER: |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | **X** ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulations | | Community service for ____ months ____ days |
| **X** | Participate in/successfully complete subst abuse program and testing | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| **X** | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Restricted from occupation with access to children |
| **OTHER:** | | | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | 100    ($100) as to each Count | Payment Schedule: | **X** Due Imm.     Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **PHOENIX, ARIZONA** | |
| **X** | Dismissed Counts: | **GOVERNMENT TO FILE MOTION AND ORDER DISMISS COUNTS 27 & 33** | |
| OTHER COMMENTS: | | | |