FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 29 2017 at 4:40pm

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-1515 RB |
| ) | |
| vs. ) | |
| ) | |
| **CRYSTAL MEDINA GOMEZ,** ) | |
| ) | |
| Defendant. ) | |

## ORDER DISMISSING COUNTS 27 AND 33 OF INDICTMENT

**THIS MATTER** having come before the Court on the written Motion of the United States for an Order dismissing Counts 27 and 33 of the Indictment as to Defendant, and the Court being fully advised in the premises, FINDS that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that Counts 27 and 33 of the Indictment be and hereby are dismissed without prejudice as to Defendant **CRYSTAL MEDINA GOMEZ**

_____
HONORABLE ROBERT C. BRACK
United States District Judge